**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03021-BNB

BARBARA FREEMAN, #105776,

    Plaintiff,

v.

DEPT. OF CORRECTIONS/DENVER WOMEN'S CORRECTIONAL FACILITY,
LT. ROSS,
CAPT. AVANT,
MAJOR CHAVEZ,
WARDEN TRANI
ALL JANE/JOHN DOES INVOLVED IN THIS MATTER,
PROPERTY OFFICERS WHO ARE HOLDING THE FOOD/LEGAL PAPERS AS PER
    LT. ROSS INSTRUCTIONS,
CASE MANAGER REISNER, and
MAJOR FALK,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 9), filed January 22, 2010, is DENIED as unnecessary.  Plaintiff continues to have until **January 29, 2010**, to cure the deficiencies designated in the Court's December 30, 2009, Order to Cure (Doc. No. 1), and submit her claims on Court-approved forms provided with that Order.

Dated:  January 26, 2010