**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03021-BNB

BARBARA FREEMAN, #105776,

      Plaintiff,

v.

COLO. DEPT. OF CORR. (C.D.O.C.)/DENVER WOMEN'S CORR. FAC. (D.W.C.F.),
ARISTEDES W. ZAVARAS, Executive Director,
TRAVIS TRANI, Warden, D.W.C.F.,
ARTHUR CHAVEZ, Major, Internal Cust.,
ROMONA AVANT, Capt., Internal Cust.,
GAYLE ROSS, Lt., Units 1,2,3,
JAMES HOWARD, Srgt., Unit 2,
STANLEY JERIDO,C/O, Unit 2, and
MEDICAL STAFF, D.W.C.F.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On February 17, 2010, the court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 (Doc. No. 17).  The court directed her either to pay the initial partial filing fee of $74.00 or to show cause why she has no assets or no means to pay the initial partial fee by **filing a current certified copy of his trust fund account statement**.  On March 22, Plaintiff filed a "Motion for Review/and Current Filing Fees Applied as Per Bank Statement to Follow ASAP" (Doc. No. 19) in which she states that she does not have the $74.00 initial partial filing fee.  She failed to attach a **certified** copy of her trust fund account statement.

      The court will construe Plaintiff's motion as a motion for extension of time.  Plaintiff is directed to provide a **certified copy** of her account statement.  Plaintiff shall have thirty days from the date of the instant Minute Order to file a **certified copy** of her account statement.  If she fails to file the **certified copy** within thirty days the Complaint and action will be dismissed without further notice.

Dated:  March 24, 2010

---