**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03021-BNB

BARBARA FREEMAN, #105776,

    Plaintiff,

v.

COLO. DEPT. OF CORR. (C.D.O.C.)/DENVER WOMEN'S CORR. FAC. (D.W.C.F.),
ARISTEDES W. ZAVARAS, Executive Director,
TRAVIS TRANI, Warden, D.W.C.F.,
ARTHUR CHAVEZ, Major, Internal Cust.,
ROMONA AVANT, Capt., Internal Cust.,
GAYLE ROSS, Lt., Units 1,2,3,
JAMES HOWARD, Srgt., Unit 2,
STANLEY JERIDO,C/O, Unit 2, and
MEDICAL STAFF, D.W.C.F.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 26, 2010, Plaintiff filed a Motion for Abeyance claiming she needs to continue this case for forty-five days due to recent surgery on her left and only eye that was not successful. Plaintiff claims that she is not able to read, write, or type at this time. The Court finds the request is both moot and without basis. The Court granted Plaintiff an additional thirty days on March 24, 2010, to submit a certified copy of her trust fund account statement, which is all that is required for Plaintiff to do at this time. In that a certified account statement is prepared and signed by prison staff, Plaintiff is not required at this time to submit anything to the Court that requires her to read, write, or type. The Motion for Abeyance (Doc. No. 21) is DENIED.

Dated: March 29, 2010