IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03021-ZLW

BARBARA FREEMAN, #105776,

    Plaintiff,

v.

COLO. DEPT. OF CORR. (C.D.O.C.)/DENVER WOMEN'S CORR. FAC. (D.W.C.F.),
ARISTEDES W. ZAVARAS, Executive Director,
TRAVIS TRANI, Warden, D.W.C.F.,
ARTHUR CHAVEZ, Major, Internal Cust.,
ROMONA AVANT, Capt., Internal Cust.,
GAYLE ROSS, Lt., Units 1,2,3,
JAMES HOWARD, Srgt., Unit 2,
STANLEY JERIDO,C/O, Unit 2, and
MEDICAL STAFF, D.W.C.F.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the motion for preliminary injunction (Doc. No. 30) that Plaintiff filed on May 4, 2010.  The motion is DENIED as moot.  This case was dismissed by an order signed on May 3, 2010, and filed on May 4, 2010.

    Dated:  May 7, 2010