**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03021-ZLW

BARBARA FREEMAN, #105776,

    Plaintiff,

v.

COLO. DEPT. OF CORR. (C.D.O.C.)/DENVER WOMEN'S CORR. FAC. (D.W.C.F.),
ARISTEDES W. ZAVARAS, Executive Director,
TRAVIS TRANI, Warden, D.W.C.F.,
ARTHUR CHAVEZ, Major, Internal Cust.,
ROMONA AVANT, Capt., Internal Cust.,
GAYLE ROSS, Lt., Units 1,2,3,
JAMES HOWARD, Srgt., Unit 2,
STANLEY JERIDO,C/O, Unit 2, and
MEDICAL STAFF, D.W.C.F.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Information for Temporary Restraining Order" (Doc. No. 52) filed by Plaintiff on March 30, 2011.  This case was dismissed by an order signed on May 3, 2010 and the dismissal was affirmed on appeal by an order filed on October 1, 2010 .  Therefore, the Plaintiff's request for a Temporary Restraining order is DENIED as inappropriate.

    Dated:  April 1, 2011